| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)*      Chapter    **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**     **Wellness Home Care Inc.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)     **20-8240650**

**4. Debtor's address**

Principal place of business

**5718 W. 95th St.**
**Oak Lawn, IL 60453**
Number, Street, City, State & ZIP Code

**Cook**
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor **Wellness Home Care Inc.** _____ Case number (*if known*) _____
    Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|
| | | ✔ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☐ None of the above |

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ✔ Chapter 11. *Check all that apply*: |
| | |    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that). |
| | |    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |    ☐ A plan is being filed with this petition. |
| | |    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | |    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | |    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ✔ No. |
|---|---|---|
| | | ☐ Yes. |
| | If more than 2 cases, attach a separate list. | District _____ When _____ Case number _____ |
| | | District _____ When _____ Case number _____ |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ✔ No |
|---|---|---|
| | | ☐ Yes. |
| | List all cases. If more than 1, attach a separate list | Debtor _____ Relationship _____ |
| | | District _____ When _____ Case number, if known _____ |

Debtor **Wellness Home Care Inc.**  Case number (*if known*)
Name

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|
| | | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | | What is the hazard? |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other |
| | | **Where is the property?** |
| | | Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes. Insurance agency |
| | | Contact name |
| | | Phone |

**Statistical and administrative information**

| 13. | Debtor's estimation of available funds | . | *Check one:* |
|---|---|---|---|
| | | | ☑ Funds will be available for distribution to unsecured creditors. |
| | | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☑ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☑ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Debtor **Wellness Home Care Inc.**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____        **Jamin Ruark**
Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**

X _____        Date _____
Signature of attorney for debtor                    MM / DD / YYYY

**JOHN H. REDFIELD**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone  **312-641-6777**   Email address  **jhredfield@craneheyman.com**

**2298090**
Bar number and State

Debtor   **Wellness Home Care Inc.**                                      Case number (if known)
         Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/12/2017
              MM / DD / YYYY

X _____        **Jamin Ruark**
Signature of authorized representative of debtor   Printed name

Title   **President**

**18. Signature of attorney**   X _____        Date _____
                                  Signature of attorney for debtor                   MM / DD / YYYY

JOHN H. REDFIELD
Printed name

Crane, Heyman, Simon, Welch & Clar
Firm name

Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
Number, Street, City, State & ZIP Code

Contact phone   312-641-6777       Email address   jhredfield@craneheyman.com

2298090
Bar number and State

Fill in this information to identify the case:

Debtor name: **Wellness Home Care Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/12/17

X _____
Signature of individual signing on behalf of debtor

**Jamin Ruark**
Printed name

**President**
Position or relationship to debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Wellness Home Care Inc.**                                         Case No. _____

                                      Debtor(s)                              Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   **17**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   06/12/17

Jamin Ruark/President
Signer/Title

Fill in this information to identify the case:
Debtor name: **Wellness Home Care Inc.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| ACE Funding 5094 Mesa Terrace La Mesa, CA 91941 | | | | | | $75,010.23 |
| Global Merchant Cash, c/o The Rubin Law Firm, Attn:Anna Rubin 11 Broadway, Ste. 814 New York, NY 10004 | | | | | | $103,337.49 |
| High Speed Capital 30 Broad St., 14th Fl. Suite 14108 New York, NY 10004 | | | | | | $168,625.00 |
| Internal Revenue Service Cincinnati, OH 45999-0025 | | | Disputed | | | $46,649.00 |
| Knight Capital 9 East Lockerman St. Ste. 3A-543 Dover, DE 19901 | | | | | | $9,045.08 |
| On Deck Capital 1400 Broadway New York, NY 10018 | | | | | | $85,207.24 |
| Yellowstone Capital 30 Broad St., 14th Fl. Ste. 14108 New York, NY 10004 | | | | | | $148,500.00 |

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Wellness Home Care Inc.**                                                                                    Case No.

Debtor(s)                                                                                            Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:     **17**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **June 12, 2017**                                        **/s/ Jamin Ruark**
                                                                 **Jamin Ruark**/**President**
                                                                 Signer/Title

ACE Funding
5094 Mesa Terrace
La Mesa, CA 91941

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604

Associate Area Counsel, SB/SE
Internal Revenue Service
200 W. Adams, Ste. 2300
Chicago, IL 60606-5208

Kevin R. Ruark
11373 Willow Wood Lane
Plymouth, MI 48170

CHTD Company
PO Box 2576
Springfield, IL 62708

Knight Capital
9 East Lockerman St.
Ste. 3A-543
Dover, DE 19901

D. Patrick Mullarkey
Tax Division (DOJ)
PO Box 55, Ben Franklin Station
Washington, DC 20044

On Deck Capital
1400 Broadway
New York, NY 10018

Evolution Capital Group
4000 North Federal Hwy., Ste. 202
Boca Raton, FL 33431

Renata Bukhman, MCA Recovery LLC
Attorney for Yellowstone Capital
17 State St., Ste. 4000
New York, NY 10004

GE Capital Information Technology
 Solutions, LLC
PO Box 70239
Philadelphia, PA 19176-0239

United States Attorney
219 S. Dearborn St.
Chicago, IL 60604

Global Merchant Cash, c/o
The Rubin Law Firm, Attn:Anna Rubin
11 Broadway, Ste. 814
New York, NY 10004

Yellowstone Capital
30 Broad St., 14th Fl.
Ste. 14108
New York, NY 10004

Global Merchant Cash, Inc.
64 Beaver St.
New York, NY 10004

High Speed Capital
30 Broad St., 14th Fl.
Suite 14108
New York, NY 10004

Internal Revenue Service
Cincinnati, OH 45999-0025

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Wellness Home Care Inc.**                                      Case No.
                        Debtor(s)                                       Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Wellness Home Care Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 12, 2017**                                  /s/ JOHN H. REDFIELD
Date                                               **JOHN H. REDFIELD**
                                                   Signature of Attorney or Litigant
                                                   Counsel for  **Wellness Home Care Inc.**
                                                   **Crane, Heyman, Simon, Welch & Clar**
                                                   **Suite 3705**
                                                   **135 South LaSalle Street**
                                                   **Chicago, IL 60603-4297**
                                                   **312-641-6777 Fax:312-641-7114**